# Notice Recipients

District/Off: 0315–2     User: ljel     Date Created: 1/6/2010
Case: 05–30199–TPA     Form ID: 001     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Jardanian L. Josephs     jardanianjosephs@hotmail.com

TOTAL: 1