# IN THE UNITED STATES BANKRUTPCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case Number: 05-30199 |
| Debtor(s): Brian Williams | Chapter Number: 13 |
| Movant: Brian Williams | Document No. 53 |
| Respondent: No Respondent(s) | Hearing Date and Time: |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Brian Williams, in the amount of $3,125.00 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Western District of Pennsylvania and there being no objections filed, it is further appearing that Brian Williams now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,125.00, to:

Brian Williams
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

**MOTION DENIED FOR FAILURE TO PROSECUTE**

Dated: 1/21/2010

_____
United States Bankruptcy Judge

Application Submitted By:

Dated: <u>December 22, 2009</u>    Respectfully Submitted: <u>/s/ Jardanian Josephs</u>
Jardanian Josephs, Esquire
Pa. I.D. 88667
PO Box 22144
Pittsburgh, PA 15222-0144
Ph: (412) 979-0552
Fax: (412) 281-6009